UNITED STATES DISTRICT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 3 0 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Seungjin Kim,

455 Massachusetts Ave NW, #501

Washington, DC 20001

917-946-7396

    Plaintiff,

    V.

Google, Inc.,

1600 Amphitheatre Parkway

Mountain View, CA 94043

    Defendant.

Case: 1:14-cv-01107
Assigned To : Jackson, Ketanji Brown
Assign. Date : 6/30/2014
Description: Pro Se General Civil

Seungjin Kim

455 Massachusetts Ave NW, #501

Washington, DC 20001

## Complaint.

SET FORTH THE FACTS OF THIS CASE AND PLAINTIFF'S FACTUAL ALLEGATIONS AND DEFENDANT'S WRONG:

1. **Actually, Plaintiff is an owner of the spiritual materials of Jehovah's Witnesses.** Because Plaintiff partook of the emblematic bread and wine at 2012, 2013, and 2014 the Memorial of Jesus Christ's death of Jehovah's witnesses. And anyone rashly can't partake it at the Memorial of Jesus Christ's death in Jehovah's witnesses. (Lu 22:19; 1 Co 11:24; Re 7:3, 4.) And anointed ones are masters of this religion by Matthew 25:14, 20-23. Therefore, anointed ones have copyright right and owners of the spiritual materials of Jehovah's witnesses biblically. So Plaintiff has copyright right. This is a true fact.

2. **Plaintiff is a conscientious objector of South Korea. So Plaintiff's religious belief is a certainty.**

3. **Distribution of Religious Apps is extended preaching work as door-to-door.** (Matthew 24:14) But Defendant terminated plaintiff's developer accounts force many times. And Defendant deleted Plaintiff's religious Apps force. So Plaintiff easily discerned that this is religious discrimination. Plaintiff has enough evidences of this matter and many users also know well. We have been aggrieved, or legally harmed in some way, by defendant. Especially, many users in the world also have damaged. **And this is a worldwide case.**

4. **Defendant infringed the religious freedom of the First Amendment to the U.S. Constitution and impeded the free exercise of religion in some measure.** Because Defendant has terminated Plaintiff's developer accounts and deleted Plaintiff's religious Apps many times. Consequently Plaintiff's religious freedom had been violated. And prudent justices of Supreme Court informed Plaintiff that forced deletion is illegal.

5. **Defendant has ignored and blocked the invaluable of religious freedom of Jehovah's witnesses on smart phone for a long time that legally established in the Supreme Court of the United States in the past.** (*West Virginia State Board of Education vs. Barnette, 1943*) Plaintiff has discovered that Defendant has infringed religious freedom in U.S history, Pilgrim Fathers. And Defendant ignored bible law and the constitutional law. And Defendant know that this is not copyright violating. Plaintiff believe that Defendant must not block the distribution of Apps in democracy societies.

IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT. OR PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANT AS FOLLOWS:

Plaintiff believe that a value of Divine Law, Religious Freedom that Pilgrim Fathers in U.S. history, and a value of the first amendment to the constitution are $10,000,000,000. So Plaintiff request this specific amount that $10,000,000,000 and Defendant should pay Plaintiff. And please order that Google, Inc. should open Plaintiff's terminated Android account that last one, which is dailymobilesoftware1914@gmail.com without any religious discrimination because Plaintiff should continue to distribute it for Plaintiff's religion.

DATE: June 30, 2014

RESPECTFULLY SUBMITTED,

By: *Seungjin Kim*

Seungjin Kim

Plaintiff in Pro Se

455 Massachusetts Ave NW, #501

Washington, DC 20001.